UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GINETTE AYENI, | CIVIL ACTION 1:14-cv-06726 |
| Plaintiff, | |
| v. | COMPLAINT |
| BLITT AND GAINES, P.C., | JURY TRIAL DEMANDED |
| Defendant. | |

**COMPLAINT FOR RELIEF PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT**

NOW COMES the Plaintiff, GINETTE AYENI ("Ginette"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., complaining of the Defendant, BLITT AND GAINES, P.C. ("Blitt") as follows:

**NATURE OF THE ACTION**

1. Plaintiff brings this action for damages for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq. ("FDCPA").

**JURISDICTION AND VENUE**

2. This action arises under and is brought pursuant to the FDCPA. Subject matter jurisdiction is conferred upon this Court by 15 U.S.C. §1692 (FDCPA) and 28 U.S.C. §§1331, 1337, as this action arises under the laws of the United States.

3. Venue is proper in this Court pursuant to 28 U.S.C. §1391 as Blitt conducts business in the Northern District of Illinois and all of the events or omissions giving rise to the claim occurred within the Northern District of Illinois.

PARTIES

4. Ginette is a natural person who resides in the Northern District of Illinois and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3).

5. At all times relevant to the action, Blitt was a corporation with headquarters located at 661 Glenn Avenue, Wheeling, Illinois 60090.

6. Blitt is a "debt collector" as defined by the FDCPA, U.S.C. §1692a(6) because it regularly uses the mails and/or the telephone to collect, or attempt to collect, delinquent consumer accounts.

FACTS SUPPORTING CAUSE OF ACTION

7. Midland Funding LLC ("Midland") has been attempting to collect from Ginette a debt in the amount of $7,641.15 alleged to have been originated and held by CitiBank, N.A./Sears ("Citi").

8. On February 6, 2014, Blitt, on behalf of Midland, filed a complaint in the Circuit Court of Cook County, Illinois against Ginette. The case was captioned *Midland Funding LLC v. Ginette Ayeni*, case number 2014 M1 107517 ("Collection Case"). *See* Exhibit A, a true and correct copy of the February 6, 2014 complaint filed by Blitt in the Collection Case.

9. Blitt filed the Collection Case at the Richard J. Daley Center Courthouse. *Id.*

10. The Richard J. Daley Center Courthouse serves Cook County's First Municipal District. *See* Exhibit B, a true and correct copy of a map of the Circuit Court of Cook County Municipal Districts and Courthouses.

11. Civil matters that do not meet the damages threshold to be filed in the Law Division of the Circuit Court of Cook County are assigned to the Circuit Court's Civil/Municipal Division.

12. Cases filed in the First Municipal District are identified by the abbreviation "M1."

13. Ginette resides at 325 Lucille Lane, Schaumburg, Illinois 60193.

14. Schaumburg, Illinois is located within Cook County, but is located within the Circuit Court of Cook County's Third Municipal District. *Id.*

15. The Rolling Meadows Courthouse is the courthouse that serves the Circuit Court of Cook County's Third Municipal District. *Id.*

16. The Richard J. Daley Center Courthouse is 31 miles from Ginette's home.

17. In contrast, the Rolling Meadows Courthouse is 11 miles from Ginette's home.

18. In order for Ginette to travel to the Rolling Meadows Courthouse from her home, she would merely have to drive on Interstate 290 West and park in the free parking lot at the Rolling Meadows Courthouse.

19. According to Google Maps, the trip would take about 16 minutes.

20. In order for Ginette to travel to the Richard J. Daley Center Courthouse, she must first take Interstate 290 East to Chicago, locate expensive parking for her vehicle, and make her way there either on foot or via taxi.

21. According to Google Maps, this trip will take 40 minutes excluding the time spent in traffic, locating parking, and actually making the trek to the Richard J. Daley Center Courthouse.

22. The courthouse closest to Ginette's home is the Rolling Meadows Courthouse.

### COUNT I -- VIOLATION OF THE FDCPA

23. Ginette repeats and realleges paragraphs 1 through 22 as though fully set forth herein.

24. The Collection Case was an attempt to collect a "consumer debt" as defined by the FDCPA, 15 U.S.C. §1692a(5).

25. 15 U.S.C. §1692i(a)(2) requires that a debt collector sue a consumer in the judicial district or similar legal entity where the consumer resides at the commencement of the action.

26. The closest courthouse to Ginette is the Rolling Meadows Courthouse.

27. Blitt violated 15 U.S.C. §1692i(a)(2) when it filed the Collection Case at the Richard J. Daley Center Courthouse, a location some 20 miles further from Ginette's house than the Rolling Meadows Courthouse.

28. It can be reasonably inferred that Blitt sued Ginette at a remote courthouse in order to discourage her from appearing and defending the Collection Case.

29. Ginette is therefore entitled to an award of statutory damages and legal fees pursuant to 15 U.S.C. §1692.

WHEREFORE, Plaintiff, GINETTE AYENI, respectfully requests that this Honorable Court enter judgment in her favor as follows:

a. declaring that the practices complained of herein are unlawful and violate the aforementioned statutes and regulations;

b. awarding Plaintiff statutory and actual damages, in an amount to be determined at trial, for the underlying FDCPA violations;

c. awarding Plaintiff costs and reasonable attorney fees as provided under 15 U.S.C. §1692; and

d. awarding any other relief as this Honorable Court deems just and appropriate.

Dated: August 30, 2014  Respectfully Submitted,

/s/ Mohammed O. Badwan
Mohammed O. Badwan, Esq. ARDC#6299011
Daniel J. McGarry, Esq. ARDC#6309647
Counsel for Plaintiff
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188