# EXHIBIT A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FIRST MUNICIPAL, CIVIL DIVISION

MIDLAND FUNDING LLC

Plaintiff

vs.

GINETTE AYENI

Defendant

No. 14 M1 107517

Jury Demand ☐ yes X no

FILED
FEB -6 AM 9:17
[Clerk of Circuit Court stamp]

# CIVIL ACTION COVER SHEET

A Civil Action Cover Sheet shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box of the appropriate general category which best characterizes your action.

**Civil Case (A)**
☐ 0007 Confession of a Judgment
☐ 0008 Replevin
☐ 0017 Detinue
☐ 0031 Foreign Judgment Filing Out of State/Out of Country
☐ 0054 Registration of Administrative Judgment

**Tort/Personal Injury Case**
Any wrong or damage done to another person such as, physical pain, illness, or impairment of physical condition resulting from the careless or negligent actions of others. The most common cases involve auto accident injuries
☐ 0027 Personal Injury Motor Vehicle
☐ 0048 Dram Shop
☐ 0049 Product Liability
☐ 0057 Personal Injury Motor Vehicle Subrogation
☐ 0001 Personal Injury Other
☐ 0004 Tort Intentional
☐ 0062 Property Damage

**Commercial Litigation Case**
(i.e. credit card agreements, any contract between two or individuals)
☒ 0002 Breach of Contract
☐ 0071 Fraud
☐ 0074 Statutory Fraud

**Eviction Case/Civil Forcible/CHA Forcible**
A summary proceeding in which the landlord seeks to restore possession of the premises or payment of rent when the tenant has wrongfully withheld rent or possession of the premises
☐ 0005 Forcible (possession only)
☐ 0006 Joint Action (possession and rent)
☐ 0018 Distress for Rent

Atty No. 32887          Pro Se 99500
Attorney (or Pro Se Petitioner)
Name: Blitt and Gaines, P.C.
Address: 661 Glenn Avenue
City/State/Zip Wheeling, IL, 60090
Telephone 847-403-4900

13-26987

**Civil Case (B)**
☐ 0031 Filing an Illinois Court Judgment
☐ 0100 Petition for Discovery (A Petition to take depositions or subpoena records before a case is filed)

**Civil Housing Case**
(i.e. condominium conversion, conservation, demolition/objection to fast track, exterior walls/facades, fire protection, heat call (including Unincorporated Cook County), lead paint New developments, public places of amusement, strategic task force inspections, public nuisance)
☐ 0038 Housing
☐ 0088 Ordinance Violation
☐ 0044 Criminal Ordinance Violation
☐ 0037 Heat Case

**Pro Se Case Type**
The Pro Se Court section of the Civil Division resolves disputes between parties where the amount at issue does not exceed $3,000. The party may act as their own attorney. Forms can be completed at the Pro Se desk in Room 602.
☐ 0050 Pro Se ($3,000 or less)

By _____
Attorney or Pro Se Litigant

Returnable in
ROOM No. 602, RICHARD J. DALEY CENTER
9:30 A.M. Sharp
In the Circuit Court of Cook County, Illinois

**MIDLAND FUNDING LLC**

No. 14M1 107517

Plaintiff

Amount Claimed $7,641.15 plus costs

vs.

**GINETTE AYENI**

Return Date: MAR 11 2014

Defendant

SERVE:
GINETTE AYENI
325 LUCILLE LN
SCHAUMBURG IL 60193

SUMMONS TO each Defendant:
YOU ARE SUMMONED and required:

1. To file your written appearance or your attorney and pay the required fee in Room 602, Richard J. Daley Center, 50 W. Washington St., Chicago, Illinois, 60606 at or before 9:30 a.m.* on MAR 11 2014.

2. To file your answer to the Complaint in Room 602 as required by Par. 3(c) in the Notice to Defendant.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS ATTACHED HERETO.**

To the Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the date for appearance. If service cannot be made, this summons shall be returned so endorsed.
This summons may not be served later than 3 days before the date of appearance.

THERE WILL BE A FEE
TO FILE YOUR APPEARANCE, IF CLAIM
IS $1,500.00 OR LESS, FEES WILL BE $176.00
OVER $1,500.00 THE FEE WILL BE $186.00
OVER $15,000.00 THE FEE WILL BE $206.00

WITNESS DOROTHY BROWN  FEB 0 5 2014

Clerk of Court_____

Date of Service:..................., 20.....
(To be inserted by officer on copy left
with Defendant or other person)

Blitt and Gaines, P.C.
Attorney for Plaintiff
661 Glenn Ave.
Wheeling, IL 60090
(847) 403-4900
Atty. No. 32887
13-26987

Any person wishing to sue or defend a case as an indigent must petition the court to have the fees, costs, and charges associated with the proceedings waived.

Customers may visit www.cookcountyclerkofcourt.org to access the Clerk's filing fees or telephone the Civil Division at (312) 603-5116 with additional questions.

## NOTICE TO PLAINTIFF

You **MUST** select a return day of:
not less than 14 or more than 40 days after issuance of summons if amount claimed is $10,000 or less;
not less than 21 or more than 40 days after issuance of summons if amount claimed is in excess of $10,000.

## NOTICE TO DEFENDANT

1. If the complaint is notarized, your answer must be notarized.

For District 1 Cases Only:

2. On the specified Return Day, one of the following may occur:

    a. If you are sued for $10,000 or less, you need not file an answer unless ordered to do so by the Court.

    (i) If Plaintiff is not present, the case may be dismissed for want of prosecution.

    (ii) If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an exparte default judgment against you for the amount claimed.

    (iii) If you have filed an appearance and are present on Return Day, trial may be held that day, or may be set for another day certain.

    b. If you are sued for more than $10,000.00, and if you have filed your appearance on time, you must file your answer no later than 10 days after the appearance date (return date) specified on the front of this form. If you have not filed your appearance or answer on time, the Plaintiff may obtain an exparte default judgment against you for the amount claimed. If Plaintiff is not present for the Default call, the case may be dismissed for want of prosecution. If you filed your appearance and have not filed your answer on time the Plaintiff may motion the court to enter a judgment.

3. Late filing of an appearance or answer will not relieve you from a judgment or default order except by court order.

For District 2, 3, 4, 5 and 6 Cases:

4. If you are sued for more than $10,000, you have 10 days from the Return Day to answer or otherwise plea.

5. On the specified Return Day, if you are sued for $10,000 or less, you need not file an answer unless ordered to do so by the Court.

6. On the specified Status/Trial Day, one of the following may occur:
    a. If Plaintiff is not present, the case may be dismissed for want of prosecution.
    b. If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an ex parte default judgment against you for the amount claimed.
    c. If you have filed an appearance and are present on Status/Trial Day, trial may be held that day, or may be set for another day certain.

The following is applicable to District 3 cases only:

7. This case may/may not be heard on the day for apperance specified in summons.

8. If the claim is for personal injury, or is a civil case in which Plaintiff has filed a jury demand, you will be required to file your appearance in person or by attorney Return Day, and your answer as required by Par. 2(b) above.
These cases will be assigned and heard in the Civil Jury Room _____ unless otherwise ordered by the Presiding Judge. Neither Plaintiff nor Plaintiff's attorney will be required to be present on Return Day. The case will be set for Status at 9:00 a.m., approximately 60 days from the date of filing. Plaintiff and Defendant will be required to appear in court on that status day.

9. Trial Rights of Property, Detinues, and Revivals of Judgment, Pro Se, and Forcible Detainer suits are returnable in Room _____ and are disposed of on a Return Day unless otherwise ordered by the Court.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MIDLAND FUNDING LLC
    Plaintiff

vs.

GINETTE AYENI
    Defendant

No. 14M1 107517

Return Date: MAR 11 2014

Amount Claimed: $7,641.15
Plus court costs

### COMPLAINT

NOW COMES the Plaintiff, by and through its attorneys, Blitt and Gaines, P.C., and complaining of the Defendant(s), states as follows:

1. The Defendant(s) opened an account with CITIBANK, N.A./SEARS, whereby Defendant(s) could charge goods and services to their account and/or receive cash advances.

2. The Defendant(s) subsequently defaulted by failing to pay for the indebtedness incurred resulting in the balance due Plaintiff of $7,641.15.

3. Plaintiff is the successor in interest of said account having purchased said account in the regular course of business and in good faith and for valuable consideration.

4. Due demand has been made on the Defendant(s) to pay this amount and the Defendant(s) have failed to do so.

WHEREFORE, Plaintiff prays for judgment against the Defendant(s) in the amount of $7,641.15 plus court costs.

Blitt and Gaines, P.C.
Attorney for Plaintiff
661 Glenn Avenue
Wheeling, IL 60090
(847) 403-4900
13-26987
32887

This is an attempt to collect a debt and any information will be used for that purpose.

State of ILLINOIS

MIDLAND FUNDING LLC,

Plaintiff

-vs-

GINETTE AYENI,

Defendant(s).

AFFIDAVIT OF KORY HOLST
IN SUPPORT OF JUDGMENT

---

Kory Holst, whose business address is 16 Mcleland Road Suite 101, St. Cloud, MN 56303, certifies and says:

1. I am employed as a Legal Specialist and have access to pertinent account records for Midland Credit Management, Inc. ("MCM"), servicer of this account on behalf of plaintiff. I am a competent person over eighteen years of age, and make the statements herein based upon personal knowledge of those account records maintained on plaintiff's behalf. Plaintiff is the current owner of, and/or successor to, the obligation sued upon, and was assigned all the rights, title and interest to defendant's CITIBANK, N.A. account (MCM Number 8559898452) (hereinafter "the account"). I have access to and have reviewed the records pertaining to the account and am authorized to make this affidavit on plaintiff's behalf.

2. I am familiar with and trained on the manner and method by which MCM creates and maintains its business records pertaining to this account. The records are kept in the regular course of business. It was in the regular course of business for a person with knowledge of the act or event recorded to make the record or data compilation, or for a person with knowledge to transmit information thereof to be included in such record. In the regular course of business, the record or compilation is made at or near the time of the act or event. The relevant financial information concerning the account includes the following:

3. MCM's records show that the defendant(s) owed a balance of $7641.15 as of 2013-12-05.

---

AFFIDAVIT OF KORY HOLST IN SUPPORT OF JUDGMENT -1


8559898452


AFFDEFAULTJDG


13-26987

4. Based upon my review of MCM's business records: 1) defendant(s) opened the CITIBANK, N.A. account on 2008-08-16; 2) the last payment posted to the account on 2011-12-09; and 3) the account was charged off on 2012-07-31.

I certify under penalty of perjury that the foregoing statements are true and correct.

DEC 26 2013
Date

Kory Holst

STATE OF MINNESOTA
COUNTY OF STEARNS

Signed and sworn to (or affirmed) before me on DEC 26 2013 by Kory Holst.

ROSEMARY G HOMMERDING
Notary Public-Minnesota
My Commission Expires Jan. 31, 2015

Notary Public

My commission expires:_____

IL168
Blitt and Gaines, P.C.

AFFIDAVIT OF KORY HOLST IN SUPPORT OF JUDGMENT -2

8559898452  AFFDEFAULTJDG  13-26987

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

CASE NUMBER: 14M1 107517

MIDLAND FUNDING LLC
Plaintiffs
-VS-
GINETTE AYENI
Defendants

### AFFIDAVIT AS TO MILITARY SERVICE

Blitt & Gaines, P.C., Attorney for Plaintiff _____ on oath states:

(Affiant's Name and Address)

With respect to defendant **GINETTE AYENI 325 LUCILLE LN SCHAUMBURG IL 60193**

(Defendant's Name and Address)

☐ the Defendant is
X the Defendant is not
☐ I am unable to determine whether the Defendant is

in the military service of the United States of America.

This affidavit is based one these facts, __The Department of Defense Web page__
__https://www.dmdc.osd.mil/scra/owa/home__ (See Attached)

_____ Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the above signed certified that he statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief as to such matters the above signed certified as aforesaid that he verily believes the same to be true.

NAME: __Blitt and Gaines, P.C.__ ☐ Pro Se
ARDC# __32887__
Attorney for __Plaintiff__
Address: __661 Glenn Ave.__
City: __Wheeling, IL, 60090__
Telephone: __(847)-403-4900__

13-26987

Department of Defense Manpower Data Center

Results as of: Jan-10-2014 10:37:55

SCRA 3.0



Status Report
Pursuant to Servicemembers Civil Relief Act

Last Name: AYENI
First Name: GINETTE
Middle Name:
Active Duty Status As Of: Jan-10-2014

| Active Duty Start Date | Active Duty End Date | On Active Duty On Active Duty Status Date | Status | Service Component |
|---|---|---|---|---|
| NA | NA | | No | NA |

This response reflects the individuals' active duty status based on the Active Duty Status Date

| Active Duty Start Date | Active Duty End Date | Left Active Duty Within 367 Days of Active Duty Status Date | Status | Service Component |
|---|---|---|---|---|
| NA | NA | | No | NA |

This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date

| Order Notification Start Date | Order Notification End Date | The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | Status | Service Component |
|---|---|---|---|---|
| NA | NA | | No | NA |

This response reflects whether the individual or his/her unit has received early notification to report for active duty

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

File #: 13-26987

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940) DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you See 50 USC App § 521(c)

This response reflects the following information (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date

## More Information on "Active Duty Status"
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs) Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U S Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps)

## Coverage Under the SCRA is Broader in Some Cases
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1)

Many times orders are amended to extend the period of active duty, which would extend SCRA protections Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester Providing erroneous information will cause an erroneous certificate to be provided

Certificate ID: S615S15B3053D60

File #: 13-26987

```
CLERK OF THE CIRCUIT COURT - COOK COUNTY
0286097  Civil-01   2/6/2014 2:13PM
ATTY: 32887    036 NPARIKH
AD DAMNUM:              $7,641.15
CASE NO: 20141107517    COURTROOM:1102
RETURN DATE: 3/11/2014
CASE TOTAL: $247.00
Base Filing Fee 5              $150.00
Automation                      $15.00
Document Storage                $15.00
Law Library                     $21.00
Dispute Resolution               $1.00
Arbitration                     $10.00
Court Services                  $25.00
Children Waiting Rm             $10.00
TRANSACTION TOTAL:          $10,525.00
```

# 14M1  107517