
EXHIBIT B

