UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GINETTE AYENI, | Lead Case No. 1:14-cv-5781 (Taylor) |
| Plaintiff, | Notice for Case No: 1:14-cv-06726 (Ayeni) |
| v. | Judge John W. Darrah |
| BLITT AND GAINES, P.C., | |
| Defendant. | |

**UNNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Ginette Ayeni, by and through her attorneys, Sulaiman Law, Ltd., hereby moves for an extension of time to submit her Response to Defendant Blitt and Gaines, P.C.'s Motion for Summary Judgment and Rule 56.1 Statement of Material Facts. In support of this Motion, Plaintiff states as follows:

1. On September 11, 2015 Defendant filed its Motion for Summary Judgment. (Dkt. 31-33).

2. On September 11, 2015, Plaintiff filed her Motion for Summary Judgment. (Dkt.36-38)

3. Pursuant to this Honorable Court's Minute Order of August 25, 2015, both Plaintiff and Defendants were to file the responses to the cross-motions for summary judgment on or before October 2, 2015. (Dkt. 27).

4. Plaintiff requests additional time to file its response to Defendant's Motion for Summary Judgment.

5. The extension of time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation.

6. Plaintiff's counsel has conferred with Defense counsel in this matter, and Defense

Counsel does not object to the extension.

7. Conversely, Defense counsel also requests additional time to file its response to Plaintiff's Motion for Summary Judgment.

8. Therefore, all parties request through October 16, 2015 to file their responses to the cross-motions for summary judgment.

9. This request is Plaintiff's first request of this kind in this matter.

10. It should also be noted that Plaintiff and Defendant have previously agreed not to submit a reply brief in this matter.

WHEREFORE, Plaintiff, Ginette Ayeni, respectfully requests that this Court enter an Order granting the requests for an extension of time, up to and including October 16, 2015, in which the parties are to respond to the Cross-Motions for Summary Judgment and any other relief deemed just and equitable.

Respectfully submitted,

/s/ Daniel J. McGarry
Daniel J. McGarry, Esq.
Counsel for Plaintiff
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630) 575-8181
Fax: (630) 575-8188

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Plaintiff, certifies that on September 29, 2015, he caused a copy of the foregoing Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment to be served by ECF on:

David Schultz, Esq.
dschultz@hinshawlaw.com
Hinshaw & Culbertson LLP

Palak Shah, Esq.
pshah@hinshawlaw.com
Hinshaw & Culbertson LLP

Michael L. Starzec
mike@blittandgaines.com
Blitt and Gaines, P.C.

/s/ Daniel J. McGarry