UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GINETTE AYENI, | Lead Case No. 1:14-cv-5781 (Taylor) |
| Plaintiff, | Notice for Case No: 1:14-cv-06726 (Ayeni) |
| v. | Judge John W. Darrah |
| BLITT AND GAINES, P.C., | |
| Defendant. | |

**NOTICE OF MOTION**

To:    All Counsel of Record

PLEASE TAKE NOTICE that on **October 8, 2015 at 9:30 a.m.,** we shall appear before the **Honorable John W. Darrah** in **Room 1203**, of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** which was served upon you as indicated on the Certificate of Service.

/s/ Daniel J. McGarry
Daniel J. McGarry
*Counsel for Plaintiff*

Sulaiman Law Group, Ltd.
Daniel J. McGarry
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
Telephone:  (630) 575-8181
Main Fax:  (630) 575-8188
dmcgarry@sulaimanlaw.com

1

## CERTIFICATE OF SERVICE

I, Daniel J. McGarry, an attorney, certify that on September 29, 2015, I caused the foregoing **Notice of Motion and Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment** to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

/s/ Daniel J. McGarry
Daniel J. McGarry, Esq.
Counsel for Plaintiff
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630) 575-8181
Fax: (630) 575-8188