UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GINETTE AYENI, | |
| Plaintiff, | Case No: 1:14-cv-06726 |
| v. | Honorable Edmond E. Chang |
| BLITT AND GAINES, P.C. | |
| Defendant. | |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff hereby advises the Court that the Plaintiff and Defendant have settled the claim(s) between them in this matter. The parties request that the Court allow Plaintiff 30 days to file her fee petition, 21 days for Defendant to respond to the fee petition, and 14 days for Plaintiff to reply to the fee petition. Alternatively, the parties request the Court to set a status within 14 days if so desired by the Court. The Parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement agreement.

Respectfully submitted this 28th day of September 2017

          Respectfully Submitted,

          s/ Majdi Y. Hijazin
          Majdi Y. Hijazin, *Of Counsel*
          Sulaiman Law Group, Ltd.
          2500 S. Highland Ave., Suite 200
          Lombard, IL 60148
          (630) 575-8181
          mhijazin@hijazinlaw.com
          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Majdi Y. Hijazin