**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GINETTE AYENI,

Plaintiff,

v.

BLITT AND GAINES, P.C.

Defendant.

Case No: 1:14-cv-06726

Honorable Edmond E. Chang

## NOTICE OF SETTLEMENT AS TO FEES AND COSTS

PLEASE TAKE NOTICE that Plaintiff hereby advises the Court that the Plaintiff and Defendant have reached a settlement as to the issue of fees and costs. As the Parties finalize the settlement documentation, the Parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement agreement.

Respectfully Submitted this 15th day of November 2017

Respectfully Submitted,

s/ Majdi Y. Hijazin
Majdi Y. Hijazin, *Of Counsel*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
(630) 575-8181
mhijazin@hijazinlaw.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Majdi Y. Hijazin